UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ANDY AND LINDY SMITH**        NO. 3:23-cv-00391-BAJ-EWD
      **Plaintiff**

VS.        JUDGE BRIAN A. JACKSOM

**STATE FARM FIRE AND**        MAGISTRATE JUDGE ERIN WILDER
**CASUALTY COMPANY**        DOOMES
      **Defendant**

## NOTICE OF SETTLEMENT

**NOW INTO COURT**, come Plaintiffs, ANDY SMITH and LINDY SMITH, who notify the Court that the parties have reached a settlement in this matter. The trial in this matter is set for June 16, 2025. Plaintiffs respectfully request that the matter be removed from the docket and they will submit a motion to dismiss following execution of the settlement documents.

RESPECTFULLY SUBMITTED:

*/s/ René Charles Gautreaux*
**RENÉ CHARLES GAUTREAUX (#25060)**
**HAIR SHUNNARAH TRIAL ATTORNEYS, LLC.**
**d/b/a INSURANCE CLAIM HQ**
**d/b/a INSURANCE CLAIM LAWYERS, INC.**
3001 17th St.
Metairie, LA 70021
Telephone: 504-684-5200
Fax: 504- 613-6351
rgautreaux@hstalaw.com
*Attorneys for Plaintiffs,*
*Andy and Lindy Smith*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Settlement was served upon all counsel of record in this matter by electronic mail on May 2, 2025.

*/s/ René C. Gautreaux*
René C. Gautreaux